UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| KENNETH TITTLE<br>D.O.C. # 95230 | CIVIL ACTION NO. 2:13-cv-2722 |
| v. | JUDGE MINALDI |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 17) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Petitioner's Objections (Rec. Doc. 18), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 21 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE